UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS ANDERSON,
    Plaintiff,

v.

JOHN DOE,
    Defendant.

Case No. 19-cv-00969-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file (i) a complete application to proceed *in forma pauperis* ("IFP") or pay the filing fee, and (ii) a complaint on this Court's form. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a complete IFP application (or full payment for the $400.00 filing fee) **and** a complaint on this Court's form. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** April _3_, 2019

_____
RICHARD SEEBORG
United States District Judge